# EXHIBIT 2


GOSPEL FOR ASIA'S
Christmas
GIFT CATALOG
celebrate
CHRIST
transform
LIVES
GFA.ORG/GIFT

# Dear Friend,



The gifts found in this catalog represent much of the ministry of Gospel for Asia—everything from sending national missionaries into unreached villages to giving chickens to needy families. Because recipients of gifts hear about Jesus and then see these expressions of His kindness through His people, the gifts glorify Christ.

What a privilege that our Christmas can be that meaningful!

I hope you sense how much our God has loved us. May our lives sing His praise.

In Him,

K.P. Yohannan
*Founder & International Director of Gospel for Asia*

**100%** of all donations preferenced for use on the mission field is sent to the mission field. Nothing is taken out for administrative expenses.




## Keep Christ at the Center of Your Family's Christmas and Transform Lives!

*"I wanted to teach my children that Christmas is about giving, not just receiving. We sat down and looked at all our options, and we wanted to make sure that in our giving, the Good News of Jesus would be shared. My children, 10, 7 and 5, began doing extra jobs and looking for ways to earn money to reach the goal of donating chickens to the needy. They were so excited today to donate the money they earned for chickens and a goat. We prayed over all the money donated and for each recipient of our gifts. We pray that they would not only be blessed but that we will meet them when we see Jesus!"* -Jennifer T., Waxahachie, TX

Paavan, Dalaja and their three children live in a remote village, surrounded by hills and jungles. Like most of the village, they worshiped goddesses and nature. Paavan works as a manual laborer, and the family struggled financially. Then they received a goat through Gospel for Asia's *Christmas Gift Catalog*. The family was so moved by the love and compassion they received that they began to attend the local church, which is led by a Gospel for Asia-supported pastor. In church, they heard what Jesus did for them and wanted to know more. Since then, both Paavan and Dalaja have chosen to place their trust in Christ and are now an active part of the local church. In the meantime, their goat has given birth to four more goats, and they've given one of the goats to their church as tithe!



Photograph by Ashley Moon

We promise to honor the Lord and your generosity by using your gift in the most effective way possible. The items reflected in this catalog highlight current needs on the mission field at the time of writing, and suggested donation amounts are based upon pricing in the countries where they will be distributed. Your donation will be used for your specific designation or to provide for a similar need.



# Eggs, Milk and Multiplication

For the people of Asia, the gift of chickens provides a chance to earn a steady living. Families sell the eggs or hatch the eggs and sell the chicks. The resulting income helps the family get on their feet financially. The family can also increase their revenue by keeping and raising their chicks. Their two chickens can become four and then eight. Before you know it, they'll have an entire flock on their hands!

**Chickens**
One pair - $11
Two pairs - $22
Five pairs - $55
–1501

Goats provide plenty of milk for an entire family to drink and sell. The nutritious milk is rich in calcium and other nutrients, keeping families that can't always afford medical care healthy and happy. Plus, the goats are pretty adorable.

**Goats**
One pair - $140
–1504

**Lamb**
$65
–1505

A sheep's rich milk is an excellent source of calcium and makes delicious cheese. Of course, if the recipient family receives two lambs, those sheep will reproduce, providing even more milk and meat for a needy family.

A Jesus Well gives fresh water to an entire village, improving health and hygiene and even saving lives. The well won't dry up even during the hottest parts of the year, and the local congregation takes care of maintenance. It shows people that Christ loves them, and it shows Dalits, who are often banned from other water sources, that He values them. The verse on the plaque next to the well shares about the Living Water, and many ask the pastor or believers about it.

**Jesus Well**
$1,400
–2710
Shared Cost Price: $140

# Clean Water Changes Their Lives

*"I am so happy to know thirsty people will get water and also be ministered to."* —Rosario D., Woodbridge, NJ

A BioSand water filter is a tall, cement box that holds layers of gravel and sand. The sand contains microorganisms that eat contaminants. For a family that can only access polluted water sources, a BioSand water filter purifies the dirty water so it's clean enough for drinking, cooking and washing. The clean water will improve the family's health and hygiene and will give them peace of mind—all of which are expressions of Christ's care for them.




**BioSand Water Filter**
$30
–1003

*"I am thankful to [the people] and also to the God who has given this water filter. And through this, now my family and I are rescued from diseases."* —Sachika



**100%** of all donations preferenced for use on the mission field is sent to the mission field. Nothing is taken out for administrative or fundraising expenses.

# Plow a Field, Haul a Cart, Give Some Milk, Make Some Fuel

In some parts of South Asia, camels are used for everything from plowing to transportation to hauling goods. Camels can carry heavy loads across soft desert sand. They provide milk, and camel wool can even be woven into cloth.

**Camel**
$345
–1508

Imagine the joy of a poor husband and wife who are finally able to provide nutritious milk for their children, all because someone donated a cow. The family can also sell the milk—or butter, cheese and yogurt that can be made from it—in the market. When the cow produces calves, they increase the size of the family's herd or can be sold to provide income for other household needs.

**Cow**
$375
–1506

**Water Buffalo**
$460
–1507



*"I am very much grateful to those who do not know me, those who have not seen me, yet they loved me and understood our financial difficulties and gave money to buy this cow."* —Madhul

Water buffalo are powerful animals that are often used to plow fields. Their dung is also commonly used as fuel and fertilizer. Receiving a water buffalo can even greatly improve a family's financial situation when they sell the liters of milk the animal produces.

# Why Choose One? Bless Multiple Families!

The *Barnyard Bundle* includes three pairs of chickens, a pair of goats, a pair of pigs, one lamb and one cow. (Partridge in a pear tree not included!)

*"I donate with Gospel for Asia because I know I can trust them to make sure my donation gets to the people in need."* —Samantha H., Orange, TX




*"I'm really happy after receiving this goat. ... This will help my family a lot."* —Geshna



**You can build the Church in South Asia and avoid capital gains tax by donating stock or mutual fund shares. To learn more, go to gfa.org/stock.**




# Spread Christmas Cheer to Those Waiting to Hear

Want to reach more villages with the Good News? A bicycle will save a national missionary precious time so even more people will get to hear about Jesus.

*"Because of the bicycle, I was able to go to far, distant villages and tea estates and do ministry."*
—Pastor Dhiraj

A missionary and a motorcycle make a productive duo. When you've got many distant villages to reach, getting there quickly is crucial!

# A Gift to Hundreds of Villages

A heavy-duty vehicle gets to remote, hard-to-reach villages quickly, while it would take a missionary on foot much longer. When the mobile team arrives in a village, they'll join the local Gospel for Asia-supported pastor. Throughout their time in the area, the team and the pastor will drive to each of the surrounding villages to tell them about Jesus' love and show them a film on His life. The vehicle also takes the heavy load of the equipment off the missionaries, who would otherwise be carrying it all themselves. Furthermore, the team of national missionaries and the vehicle give the pastor credibility, which encourages people to listen to his message. Through the gift of a heavy-duty vehicle, many people will find freedom in Christ.

*"This year, I saw the opportunity to give bicycles. This is my way of giving to the Lord Jesus, as His birthday present, and making a difference in lives overseas."* —Debbie R., Zimmerman, MN



**LCD Projector Kit**
$1,750
–1202
Shared Cost Price: $175

# Go Tell It on the Mountain!

An LCD projector kit enables a film team to show Man of Mercy, a South Asian film about the life of Jesus, to crowd after crowd of people in South Asia. Countless people have found freedom in Christ after watching this film. To offer more people the same opportunity, give an LCD projector kit.

How do you show a movie if you're in a village that doesn't have electricity? You bring a generator! This important gift allows film teams to share the love of Jesus through a movie.

A Gospel tract gives someone the opportunity to read the full message of what God did for them—over and over again. Oftentimes, that Gospel tract will be read aloud to others who are illiterate or passed on to someone else who will read it and pass it on to yet another person.

**Generator**
$1,800
–1210
Shared Cost Price: $180

**Gospel Tracts**
200 tracts - $1
1,000 tracts - $5
10,000 tracts - $50
1 million tracts - $5,000
–1100

Radios not only help people hear about Jesus, but they also play radio programs that help listeners grow in Him. In some cases, villagers gather around a radio to listen to the messages, and a church is born!

*"From the day when we started hearing the radio, we got peace in our lives, and we came to know about Lord Jesus Christ."* —Hansa



**Radio**
$40
–1523

**Radio Broadcasts**
$45 for 15 minutes
$180 for 1 hour
–2200

Gospel for Asia Radio programs share Christ's love and disciple people in more than 100 of South Asia's most common languages. Each year, GFA Radio receives about 2 million correspondences from people who have listened to the broadcasts and want to know more about Christ. Purchasing radio airtime will give many people, even those in unreached regions, the chance to know Jesus.



You can bring the Good News to unreached villages and avoid capital gains tax by donating appreciated stock shares. To learn more, go to gfa.org/stock.

# A Livelihood and the Love of Christ



A simple paddy-threshing machine removes rice grains from the stalks. The machine will help a farmer provide for his family.

**Paddy-Threshing Machine**
$85
–1533



**Tool Kit**
$80
–1520

A tool kit includes an ax, shovel, saw, plow, sickle and crowbar. Having the right tools to plow, plant and harvest increases a farmer's productivity, giving him more to sell and therefore more income to provide food, clothing, shelter and a better life for his family.

When you give a sewing machine, you change the recipient's life. The person who receives your gift will be able to supplement their family's income, helping provide for their basic necessities and giving them a lift out of the cycle of poverty. The recipient of your sewing machine, like the recipients of all of these gifts, will get to hear the Good News that Jesus loves them and died for them.



**Sewing Machine**
Motorized - $115
–1522
Manual - $85
–1521

In some regions of South Asia, entire families make their living weaving cloth and sewing it into garments, handbags, hats and household items. With a sturdy weaving loom, they can produce these items faster, increase their profits and provide for their family's needs.

**Weaving Loom**
$137
–1530



**100%** of all donations preferenced for use on the mission field is sent to the mission field. Nothing is taken out for administrative or fundraising expenses.

# Rescue People from an Eternity Apart from Christ

Missionaries are the ones who survey villages to find people in greatest need of a Christmas gift. They are the ones who distribute the gifts, who tell the recipients Jesus loves them and pray for them. They minister in multiple villages each week and live on only $7–$12 per day. They are working among some of the most unreached people groups in the world, and they lay down their lives and sacrifice all so others can be helped. Give a Christmas gift to Christ—and the world—by sponsoring a national missionary.

**Sponsor a National Missionary**
$30 monthly
–4000

# Give Hope and a Future to a Child Who Has Nothing

Dalit ("Untouchable") and low-caste children are told they are worthless to their society. You can tell them Jesus loves them. Gospel for Asia's Bridge of Hope centers give destitute children the opportunity to learn how to read and write. They're taught academics and given a meal each day as well as much-needed medical care. Above all, they learn the Creator of the universe loves them deeply. You can give another child the same opportunity for little more than $1 per day.

*"People used to hit us and scold us. ... [The staff] accepted us. They hugged us, they loved us and they taught us."*
—Prema and Neha

**Send a Child to Bridge of Hope**
$35 monthly
–3500



*"I just want to help people come to know Jesus. I work a lot, and it would bring me joy to know that a missionary has the help to reach out to people and show them Jesus."* —Alex J., Stillwater, MN



# Establish Believers in Their Faith and Help More Come to Know Jesus

For South Asian believers, a church is much more than just a building.

A church building:

- Allows people to gather for services despite beating sun or monsoon rain.
- Makes weekly prayer meetings and Women's Fellowship meetings possible when, as is sometimes the case, they weren't possible before.
- Gives credibility to the believers and their God, which means villagers are less likely to persecute the church and more likely to listen to their message.
- Brings many more opportunities for ministry, resulting in more people choosing to trust in the grace of God.

*"Since we built a permanent church building . . . the opponents are not creating problems anymore. They are coming to Sunday worship services."*
—Pastor Haamid

The largest church buildings Gospel for Asia constructs can hold 500 people.

**Church Building**
$10,000–$40,000
–1350
Shared Cost Price: $400



To learn more about church buildings, go to gfa.org/churchbuilding.

GFA.ORG/GIFT ✣ 1.800.WIN.ASIA

## Reading, Writing and Rhythmetic

How can you protect women, help keep them and their children healthy, and give them the opportunity to know Jesus more? Through Gospel for Asia's Women's Literacy Fund. When women learn to read, they can avoid harmful labor contracts, understand warning labels and avoid being cheated at the marketplace. But more than that, through the class, women get to hear about Christ's love for them. After they graduate, they're also able to read God's Word and grow in their relationship with Him. So far, the literacy book and literacy classes are available in about 16 languages, and more translations are in progress. Today, you can help more women in Asia learn how to read and write, and in so doing, they'll find value in Christ.



**Women's Literacy Fund**
$25
–3321

At Vacation Bible School, children sing, dance and learn about Jesus! Purchase materials that will allow kids to hear about Jesus for the very first time! Many will go home and tell their families what they learned.

**Vacation Bible School**
$30
–2016

## This Christmas, Defend the Fatherless and Plead for the Widow

A widow in South Asian society is viewed as a curse. She is often blamed for her husband's death and ostracized from family and society. Like widows, abandoned children are left to provide for their own livelihoods. These children weave in and out of busy city traffic, begging for spare change or searching for food in the garbage dump. The sidewalk is their bed. These precious women and children are loved by God, but they need to hear it. The Widows and Abandoned Children Fund provides Gospel for Asia missionaries with the means to help. It gives widows and children the opportunity to find new life and hear about the God who loves them so much that He gave His only Son.

*"As a widow myself, I know of the struggles involved in providing for those I love. May my 'mite' help in a small way to meet the needs of other widows."* —Susan S., Tupelo, MS

**Widows and Abandoned Children Fund**
$75
–4030





**100%** of all donations preferenced for use on the mission field is sent to the mission field. Nothing is taken out for administrative or fundraising expenses.



**Fishing Net**
$25
–1528

# Give a Man a Fish and Feed Him for a Day. Give Him a Net and . . .

Gospel for Asia offers courses in practical fields such as fishing, welding and tailoring to both men and women. The courses help people get a better job than they could get before, and they can provide a better life for their families. In addition, the classes are taught in conjunction with the local church, so trainees also hear about the love of Jesus.



**Vocational Training Class**
$30
–3150



Many rickshaw drivers can't afford to buy their own rickshaws—they must rent them and spend a chunk of their earnings doing so. With a rickshaw of their own, they won't have to spend valuable time traveling to pick up their rental, and they get to take home more of their hard-earned money.

**Bicycle Rickshaw**
$200
–1525

Carts piled high with fruit, vegetables, clothing or handcrafted items are a frequent sight in South Asian cities. Working as a street vendor is a common way to make a living. Your purchase of a large pull cart will enable a poor man or woman's business to flourish.



**Pull Cart**
$120
–1526

*"We then decided rather than give each other Christmas gifts, we would give another family a rickshaw so they could better provide for their family. What a joy!"* —Wade and Sheri M., Camarillo, CA

# Help Them Know and Worship the Savior

**Bibles**
One Bible - $3
Eight New Testaments - $4
–1102

Many believers in Asia are first-generation believers who grew up knowing nothing of God's ways, and they're hungry for His Word. Give believers in Asia their own Bibles or New Testaments, and help them grow in their knowledge of God and walk more closely with Him.



**Musical Instruments**
$27
–1410

Most Asian churches don't have organs or guitars or fancy sound systems. Purchase a drum and tambourine for a church and help believers make a joyful noise unto the Lord.

# The Weather Outside Is Frightful, but This Blanket Is So Delightful

Help families survive harsh winters with a cozy, warm blanket.

**Blankets**
One blanket - $12
Two blankets - $24
Five blankets - $60
–1524

A winter clothing packet will keep a national missionary protected from the cold so he or she can continue sharing God's love even in the winter, or it will show Christ's love in a very practical way to someone who needs to be warmly clothed.

Winter clothing packets often include:

- A blanket
- A jacket
- A sweater

Depending on the region, a packet may also include socks, gloves and other garments.



**Winter Clothing Packet**
$40
–1401



*"A blanket will warm their body and warm their heart, knowing that someone far away cares for them very much."* —Deborah T., Beebe, AR



A gift that keeps on giving and
giving and giving and giving and
giving and giving and
Over their lifespan, this pair of pigs will probably produce several dozen piglets, each of which can be sold or raised to produce more pigs!
They're furry. They're cute. And they can change someone's life. A pair of rabbits will quickly multiply, providing a steady diet of lean meat and plenty of bunnies to sell.
Pigs
One pair - $65
–1503
Rabbits
One pair - $11
Two pairs - $22
Five pairs - $55
–1502

# Let's Get Practical



**Mosquito Net**
One net - $10
Two nets - $20
Five nets - $50
–1531

Malaria is transmitted through the bite of an infected mosquito. Offer people in Asia protection and a restful night's sleep, free from the sting of infected mosquitoes. And because many families in Asia sleep in the same bed, it's likely that each net you give will provide protection for a whole family.

Millions of families in South Asia have no choice but to go to the bathroom out in the open. To avoid being seen, many women will relieve themselves only before dawn or after dusk, but they risk assault as they go out into an open field in the dark. Continually returning to communal waste grounds also puts the family at risk of disease. You can help a family, and especially vulnerable women and girls, by giving them a private outdoor toilet.

**Outdoor Toilet**
$160
–1537

These tricycles are operated with the arms rather than the legs, so those who can't use their legs can still get where they need to go.

**Adult Tricycle**
$100
–1532



Lanterns are given to families in regions that have no electric power and to churches so believers can hold nighttime activities.

**Lantern**
$25
–1001



Many families can't afford good roofs for their homes. Purchase a lightweight yet sturdy tin roof for a family in need. The roofs provide reliable shelter during monsoon season.

**Tin Roof**
$220
–1534



# The Gift Shop

## Know Christ More Deeply

### Broken for a Purpose - $11

In this book written by Gisela Yohannan, find counsel and encouragement to keep trusting the Lord as He leads you through "valleys of the shadow of death" to victory.

Softcover. —NBFP

### Touching Godliness - $11

Find the path of surrender that Jesus walked, and enter into a depth of godliness and a closeness to God you may not have thought possible.

Softcover. —B7

### Let Me Walk With You - $11

In this volume of letters, originally addressed to women serving on the mission field, Gisela Yohannan shares lessons from her own life and insights from God's Word that will fill your heart with faith and strength.

Softcover. —NLMW

## Stocking Stuffers

### Little Things That Make a Big Difference - $10

A charming collection of quips—some delightful, some amusing and all insightful—that seems to belong on a coffee table or in a guest bathroom.

Hardcover. —B11H

### Even Donkeys Speak - $8

Inspire your children, grandchildren or even your own heart with this collection of stories taken straight from the mission fields of South Asia.

Softcover. —NEVD

### A Life of Balance - $3.50

Gain scriptural insights on the balance between things like faith and common sense, submission and individual choice, and our sacrifice and God's grace.

Softcover. —BK8

## Stocking Stuffers (continued)

### Dance Not for Time - $11

Hold in your hands a small book of K.P. Yohannan's poems that give perspectives on love, friendship, forgiveness and many other joys and sorrows we come across on this journey.

Hardcover. —B10H

## Enter Their World

### Revolution in World Missions - $5.50

Let the Lord catapult you into a life more dedicated to seeing His kingdom come—in your own heart and around the globe.

Softcover. —B1

### No Longer a Slumdog - $5.50

Journey through the slums and villages of South Asia and into the lives of the children living there.

232 pages. Softcover. —B9

### Veil of Tears DVD - $8

Walk into the plight of women in India and see how Christ is transforming their lives.

—DVDVOTS

### World Prayer Map - $3.50

Engage yourself in prayer for the world.

11x18 inches. —MAPM

**Choose from Many Other Helpful Resources:**

- "Living in the Light of Eternity"
- "Discouragement: Reasons and Answers"
- "When We Have Failed—What Next?"
- "Crisis in Leadership"

And more available for order or free download at **gfa.org/giftshop**.



## What does the mission field need the most?

We are often asked what the mission field needs the most. You can give our brothers and sisters on the mission field the flexibility to use your gift for needs that they don't have enough funds for by donating toward "Field Ministries." You'll meet high-priority needs, and many will be blessed!




*"I am so happy for God providing me these two piglets. ... These two good-breed piglets [are] going to be a great help for my family."* —Laghuvi

## Can't decide which cute little animals to give someone?

Why choose? Bundle up a pair of rabbits, a pair of chickens, a lamb and a pair of pigs—and share Christmas with multiple families in South Asia.




*"It is a great blessing to me every time I make a donation, knowing someone else in great need will be blessed."*
—Craig L., Loranger, LA

## Take Five Minutes to Change ~~a Life~~ Many Lives

- **Visit gfa.org/gift** to give your gifts.
- **Fill out the order form on page 18**, indicate your method of payment and drop the form in the mail.
- **Call us** at 1-800-WIN-ASIA (946-2742). The best time to call is Monday through Friday from 9 a.m. to 5 p.m. CST.



### Know someone who wouldn't want "just another gift"?

Why not make that person's Christmas present a gift that will transform the life of a family in Asia? Give a donation as usual, and then order a free Christmas card on the order form or download a card from **gfa.org/gift/cards**. The card shares that a family in Asia will never be the same because of this Christmas gift.

Order cards by December 9 to ensure that your cards arrive in time for Christmas.

Adult Gift Card




Child Gift Card






**100%** of all donations preferenced for use on the mission field is sent to the mission field. Nothing is taken out for administrative or fundraising expenses.

GOSPEL FOR ASIA
transforming communities through Christ's love
1116 St. Thomas Way
Wills Point, TX 75169

GOSPEL FOR ASIA'S
Christmas
GIFT CATALOG
CHRIST transform LIVES
GFA.ORG/GIFT

GFA.ORG/GIFT

*"This was our Christmas present to Jesus this year."*
—Michael G., Faribault, MN

To give a gift to a family in Asia, scan this with your smartphone.

CFC
BEST IN AMERICA