# EXHIBIT 4

# YOUR GIFT STATEMENT

*Thank you for your prayer and financial support!*

Your Gift Summary **December 31, 2013**

Matthew and Jennifer Dickson

Rogers, AR 72756-

Received Since January 01, 2013
**Amount Received $1,753.00**

Your Account 11616684

179

Gifts received after December 31st will be reflected on your next statement

Dear Matthew and Jennifer,

It's the beginning of a new year, and I already look forward to all the amazing ways God is going to work. I know we will see many more lives transformed and villages reached with the Good News of Jesus Christ.

Thank you for choosing to help make this a reality. The Lord is using your generosity and prayers to continue building His kingdom.

Yours for the unreached,

K.P. Yohannan
Founder and International Director

| 2013 Tax Deductible Total |
|---|
| **$1,753.00** |

Reach **more** people with the Good News…

…through your company's matching gift program.

Take a moment to:
- Go to gfa.org/match
- Call us at 1-800-946-2742
- Talk to your HR Department

GOSPEL FOR ASIA



▲ KEEP this portion for tax purposes    1800-WIN-ASIA (1-800-946-2742) • M-F, 9 a.m.-5 p.m. Central • 1800 Golden Trail Court • Carrollton, TX 75010

▼ RETURN this portion with your next gift    www.gfa.org    Make checks payable to *Gospel for Asia*. For credit card or bank debit, see back.

## Commitments as of December 31, 2013

| Commitment | Code | Amount |
|---|---|---|
| Sotesh Hembrom | 129294 | 30.00 /mo^A |
| Rita Basumatary | 138972 | 30.00 /mo^A |
| Soni Kumari | 1014100084 | 28.00 /mo^A |
| Puja Hembrom | 1014101903 | 28.00 /mo^A |
| Sakthivel | 1038107158 | 28.00 /mo^A |
| | **Current Month Total** | $0.00 |

## Your Next Gift

| Gift Preference | Amount Enclosed |
|---|---|
| Pledged Amount—$0.00 | $_____ |
| Where Most Needed (7000) | $_____ |
| Women Missionaries (4020) | $_____ |
| Other (Please Specify) | |
| _____ | $_____ |
| **Total Gift Enclosed** | $_____ |

Matthew and Jennifer Dickson: 11616684

A Thank you for using our automatic gift program

Please use the space above for ❑ Prayer Request or ❑ Address Change

11616684000000000000000000000000000000000000000000000007

## Account Activity January 01, 2013 - December 31, 2013

| Date | Code | Description | Amount |
|---|---|---|---|
| Summary | 4000 | 24 National Missionary gifts | $720.00 |
| Summary | 1038107158 | 36 Bridge of Hope gifts | $1,008.00 |
| 05/12/2013 | 4030 | Widows and Abandoned Children | $25.00 |

**Total Received**    $1,753.00

*A* indicates an adjustment from an earlier gift
*N* indicates the gift is NOT tax-deductible
*P* indicates the gift was paid by someone else




## 2013 Tax-Deductible Gifts

| Month | Amount Given |
|---|---|
| January | $144.00 |
| February | $144.00 |
| March | $144.00 |
| April | $144.00 |
| May | $169.00 |
| June | $144.00 |
| July | $144.00 |
| August | $144.00 |
| September | $144.00 |
| October | $144.00 |
| November | $144.00 |
| December | $144.00 |
| Year-to-Date Total | $1,753.00 |

All contributions to Gospel for Asia are income tax deductible to the extent allowed by law, and are made with the understanding that GFA has complete discretion and control over the use of all donated funds. However, we are committed to apply your gifts according to your preferences.

Other than reflected on this statement, no goods or services, in part or in whole, were provided in exchange for these gifts.

The value of non-cash donations are not included in this statement.

As a charter member of the Evangelical Council for Financial Accountability (ECFA), GFA maintains the highest standards of financial integrity and Christian ethics, and is governed by a responsible board of directors. Our books are audited annually by an independent accounting firm, and copies our financial statements are available upon request.

*One hundred percent of all contributions given for use on the mission field are sent to the mission field.*

Using the electronic fund transfer payment option below will help reduce overhead expenses related to processing gifts.

## Monthly or One-Time Gift from Credit/Debit Card

*We accept Visa, Mastercard, AmericanExpress and Discover*

I authorize Gospel for Asia to charge my credit card **for the amount of**
$ _____

❑ One Time  or  ❑ Monthly

Card Number: _ _ _ _ - _ _ _ _ - _ _ _ _ - _ _ _ _

Expiration Date: _ _ / _ _

Print name as it appears on credit card

Authorized Signature

*If monthly, this authorization will remain in effect until I notify Gospel for Asia in writing two weeks prior to the automatic charge that I wish to change or discontinue.

## Monthly Gift from Checking Account

*Be sure to include a VOIDED BLANK CHECK (U.S. banks only)*

I authorize Gospel for Asia to withdraw from my checking account for the amount of $ _____ on or about the ❑ 3rd or ❑ 18th of each month. This authorization will remain in effect until I notify Gospel for Asia in writing one week prior to the automatic withdrawal that I wish to change or discontinue.

Print name as it appears on bank account

Authorized Signature

STATEMENT -B25