# EXHIBIT 5

## ANNUAL GFA FUNDRAISING AND IN-INDIA EXPENDITURES

| TOTALS | Subtotals | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| U.S. Donations (per Detail) | Field-Only | 46,253,800 | 48,081,487 | N/A | 43,348,531 | 49,645,392 | 54,694,008 | 57,869,195 | 299,892,413* |
| | General | 8,524,471 | 9,738,581 | N/A | 14,108,455 | 23,914,237 | 12,432,012 | 32,556,437 | 101,274,193* |
| | Non-Revenue | 296,200 | 224,279 | N/A | 185,631 | 186,018 | 181,042 | 185,017 | 1,258,187* |
| | *Subtotal* | 55,074,472 | 58,044,347 | ~57,000,000 | 57,642,617 | 73,745,647 | 67,307,062 | 90,610,649 | 459,424,794 |
| | For Non-India Works | 39,883 | 28,411 | N/A | 219,851 | 517,306 | 96,594 | 257,574 | 1,159,619* |
| | U.S. Available to Send to India | 46,213,917 | 48,053,076 | N/A | 43,128,086 | 49,128,086 | 54,597,414 | 57,611,621 | 298,732,794* |
| U.S. Donations (per GFA Audit) | Field | 43,588,387 | 47,842,880 | N/A | 42,941,514 | 49,272,834 | 54,151,725 | 57,403,111 | 295,200,451* |
| | General | 9,566,376 | 10,405,706 | N/A | 15,044,840 | 24,452,099 | 14,493,653 | 33,086,364 | 107,049,038* |
| | All Donations | 53,154,763 | 58,248,586 | N/A | 57,986,354 | 73,724,933 | 68,645,378 | 90,489,475 | 402,249,489* |
| Sent to India | From U.S. | 53,500,000 | 45,797,397 | 45,000,000 | 41,329,032 | 46,561,790 | 45,592,657 | 58,542,900 | 336,323,776 |
| | From UK, CAN, AUS | 13,928,754 | 11,489,405 | 13,071,864 | 13,532,429 | 17,359,050 | 19,162,327 | 17,751,807 | 106,295,636 |
| | *Total Sent* | 67,428,754 | 57,286,802 | 58,071,865 | 54,861,461 | 63,920,840 | 64,754,984 | 76,294,707 | 442,619,413 |
| | % U.S. Available to India Sent to India | 116% | 95% | N/A | 96% | 95% | 84% | 102% | 98%* |
| | +Interest/Invest | 6,644,850 | 8,371,813 | 9,782,675 | 9,244,139 | 14,604,762 | 16,178,624 | 14,358,444 | 79,185,307 |
| | Bank Open | 50,564,673 | 64,851,922 | 78,255,136 | 119,256,136 | 152,521,240 | 169,925,527 | 170,824,591 | 50,564,673 |
| | *Available in India* | 124,638,277 | 130,510,536 | 146,109,676 | 183,361,736 | 231,046,843 | 250,859,135 | 261,477,742 | 572,369,393 |
| | -Missing/No Report | -15,218,461 | -10,306,790 | -6,367,432 | +1,897,531 | -9,041,147 | -33,941,104 | -42,689,894 | -115,667,297 |
| | +/- Exchange | 4,480,970 | -15,242,531 | 12,409,787 | -966,506 | -19,593,060 | -7,965,259 | -14,935,483 | -41,812,082 |
| | Bank Close | 64,851,922 | 78,255,136 | 119,256,136 | 152,521,240 | 169,925,527 | 170,824,591 | 149,317,393 | 149,317,393 |
| | *Total Utilized* | 49,048,864 | 26,706,080 | 32,895,895 | 31,771,521 | 32,487,108 | 38,128,181 | 54,534,972 | 265,575,621 |
| Utilized within India | Spent on Believers Church | 36,918,707 | 15,374,598 | 19,801,547 | 18,549,639 | 21,405,630 | 26,775,473 | 39,890,329 | 178,715,923 |
| | Spent on GFA Mission | 12,130,157 | 11,331,482 | 13,094,347 | 13,221,882 | 11,081,479 | 11,352,708 | 14,644,642 | 86,856,697 |
| | % Total Sent to India Spent on GFA Mission | 18% | 20% | 23% | 24% | 17% | 18% | 19% | 20% |
| | % U.S. Available to India (prorated) Spent on GFA Mission | 21% | 19% | N/A | 23% | 16% | 15% | 20% | 19%* |

- Fluctuations in currency conversions (especially the Indian Rupee) may alter totals, especially across years.
- An * denotes that total/percentage does not include 2009 data.
- 2014 nor 2015 financial data for GFA not available.