# EXHIBIT 6

## ANNUAL AMOUNTS GFA IN-INDIA AFFILIATES DECLARED SPENT (PER FC-6 FORMS)

| FC-6 FORM STANDARD DESCRIPTION | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|
| **WATER MINISTRY** | | | | | | | |
| Digging of bore wells. | 635,459 | 567,782 | 1,221,602 | 803,204 | 418,240 | 650,269 | 1,373,546 |
| **BRIDGE OF HOPE CHILD SPONSORSHIP** | | | | | | | |
| Welfare of children. | 3,991,894 | 3,020,009 | 4,289,892 | 5,967,034 | 4,223,397 | 5,085,812 | 6,294,865 |
| **MISSIONARIES** | | | | | | | |
| Religious schools / education of priests and preachers. | 5,202,834 | 4,490,027 | 4,150,261 | 5,346,623 | 5,752,524 | 4,855,549 | 5,554,641 |
| **EMPOWERING THE POOR** | | | | | | | |
| Income generation projects / schemes. | 562,117 | 2,595,576 | 189,952 | 8,709 | 7,557 | 0 | 0 |
| Welfare / Empowerment of women. | 703,460 | 23,803 | 212,361 | 118,711 | 57,593 | 44,604 | 102,704 |
| Conducting adult literacy programs. | 1,116 | 50,399 | 69,735 | 18,838 | 0 | 0 | 0 |
| Vocational training – tailoring, motor repairs, computers etc. | 12,405 | 497 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 1,279,098 | 2,670,276 | 472,048 | 146,258 | 65,150 | 44,604 | 102,704 |
| **WELFARE** | | | | | | | |
| Grant of stipend / scholarship / assistance … to poor… | 86,840 | 64,094 | 97,861 | 95,769 | 279,135 | 358,829 | 32,080 |
| Welfare of the aged / widows. | 68,034 | 236 | 33,483 | 2,967 | 12,258 | 15,604 | 436 |
| Provision of free clothing / food to the poor, needy … destitute. | 7,078 | 3,000 | 4,175 | 3,334 | 3,646 | 9,321 | 17,333 |
| Welfare of the orphans. | 639 | 0 | 0 | 0 | 0 | 0 | 0 |
| Welfare of the physically and mentally challenged. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 162,591 | 67,331 | 135,519 | 102,069 | 295,039 | 383,754 | 49,849 |
| **EDUCATION & AWARENESS** | | | | | | | |
| Awareness Camp/Seminar/Workshop/Meeting/Conference. | 118,130 | 87,352 | 384,268 | 242,086 | 215,763 | 142,317 | 522,834 |
| Non-formal education projects / coaching classes. | 34,407 | 23,833 | 25,336 | 21,369 | 12,038 | 6,753 | 5,995 |
| Purchase and supply of educational material – books… | 6,052 | 4,120 | 1,636 | 2,302 | 1,142 | 2,403 | 933 |
| Awareness about AIDS/Treatment and rehabilitation… | 618 | 3,381 | 70 | 278 | 22 | 32 | 31 |
| Education / Schools for the mentally challenged. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 159,207 | 118,686 | 411,310 | 266,035 | 228,967 | 151,504 | 529,792 |
| **NATURAL DISASTER RELIEF** | | | | | | | |
| Relief / Rehabilitation of victims of natural calamities. | 27,984 | 115,871 | 78,738 | 12,038 | 2,825 | 42,827 | 501,553 |
| Help to the victims of riots / other disturbances. | 0 | 0 | 2,188 | 302,120 | 1,056 | 3,020 | 0 |
| TOTAL | 27,984 | 115,871 | 80,926 | 314,158 | 3,881 | 45,846 | 501,553 |
| **CONSTRUCTION** | | | | | | | |
| Construction of community halls etc. | 590,190 | 35,969 | 0 | 0 | 0 | 0 | 0 |
| Construction and running of hostel for poor students. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction and Management of old age home. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 590,190 | 35,969 | 0 | 0 | 0 | 0 | 0 |

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MEDICAL & HEALTH TREATMENT** | | | | | | | |
| Supply of free medicine, and medical aid, including hearing… | 79,268 | 225,665 | 2,056,438 | 231,621 | 56,657 | 73,207 | 150,611 |
| Treatment / Rehabilitation of persons suffering from leprosy. | 1,552 | 19,594 | 276,352 | 44,879 | 37,624 | 62,162 | 82,745 |
| Holding of free medical/health/family welfare/immunization… | 79 | 271 | 0 | 0 | 0 | 0 | 4,337 |
| Provision of aids such as Tricycles … to the handicapped. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Treatment / Rehabilitation of drug addicts. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *TOTAL* | 80,899 | 245,531 | 2,332,790 | 276,501 | 94,281 | 135,370 | 237,693 |
| **BELIEVERS CHURCH HOSPITAL CONSTRUCTION & OPERATING COSTS** | | | | | | | |
| Construction / Running of hospital / dispensary / clinic. | 14,153,892 | 917,436 | 317,234 | 1,021,202 | 863,524 | 5,125,470 | 14,746,551 |
| **BELIEVERS CHURCH SCHOOLS & COLLEGES CONSTRUCTION & OPERATING COSTS** | | | | | | | |
| Construction and maintenance of school / college. | 2,712,875 | 1,627,703 | 302,207 | 649,141 | 258,271 | 414,488 | 234,445 |
| **BELIEVERS CHURCH FIELD SALARIES & OVERHEAD** | | | | | | | |
| Maintenance of priests/preachers/other religious functionaries. | 6,446,496 | 5,162,337 | 5,814,390 | 5,236,665 | 5,162,851 | 6,275,392 | 6,464,156 |
| Construction / Repair / Maintenance of places of worship. | 4,873,524 | 2,818,995 | 4,989,962 | 4,939,351 | 5,186,475 | 5,953,970 | 8,339,577 |
| Religious functions. | 1,547,602 | 628,800 | 656,156 | 502,173 | 492,006 | 505,260 | 601,349 |
| Publication and distribution of religious literature. | 1,034,512 | 282,739 | 396,600 | 317,142 | 248,862 | 185,697 | 252,013 |
| *TOTAL* | 13,902,134 | 8,892,870 | 11,857,109 | 10,995,332 | 11,090,193 | 12,920,318 | 15,657,094 |
| **BELIEVERS CHURCH FIELD ADMINISTRATION** | | | | | | | |
| Other expenses. | 1,394,749 | 1,003,726 | 1,879,356 | 1,687,043 | 2,969,973 | 3,019,572 | 3,129,154 |
| Activities other than those mentioned above | 647,934 | 399,918 | 1,888,055 | 489,146 | 604,312 | 566,063 | 727,750 |
| Payment of salaries / honorarium. | 720,128 | 1,391,305 | 1,666,449 | 722,126 | 2,194,782 | 2,701,483 | 2,926,182 |
| Construction / Extension / Maintenance of office…buildings. | 577,108 | 262,781 | 294,002 | 704,281 | 407,133 | 313,057 | 156,899 |
| Establishment of Corpus Fund. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Publication of newsletter / literature / books etc. | 222 | 0 | 0 | 3,778 | 0 | 0 | 0 |
| Purchase of land. | 692,081 | 0 | 0 | 621,209 | 1,089,840 | 869 | 1,176 |
| Celebration of national events (Independence/Republic day)… | 267,435 | 182,333 | 182,737 | 270,506 | 309,323 | 312,521 | 294,680 |
| Theatre/Films | 177,546 | 67,979 | 255,571 | 178,317 | 375,416 | 85,576 | 122,122 |
| Rural Development. | 1,561,531 | 480,474 | 901,454 | 963,665 | 1,036,290 | 1,031,851 | 1,506,127 |
| Animal husbandry projects. | 58,021 | 68,535 | 89,030 | 92,653 | 70,395 | 94,688 | 122,966 |
| Agricultural activity. | 15,371 | 18,618 | 44,483 | 42,706 | 25,180 | 33,773 | 52,362 |
| Environmental programs. | 37,679 | 60,920 | 123,860 | 108,534 | 110,997 | 155,744 | 212,822 |
| *TOTAL* | 6,149,806 | 3,936,589 | 7,324,997 | 5,883,963 | 9,193,642 | 8,315,197 | 9,252,239 |
| **SUBTOTAL GFA MISSION** | 12,130,157 | 11,331,482 | 13,094,347 | 13,221,882 | 11,081,479 | 11,352,708 | 14,644,642 |
| **SUBTOTAL BELIEVERS CHURCH** | 36,918,707 | 15,374,598 | 19,801,547 | 18,549,639 | 21,405,630 | 26,775,473 | 39,890,329 |
| **GRAND ANNUAL TOTAL** | 49,048,864 | 26,706,080 | 32,895,895 | 31,771,521 | 32,487,108 | 38,128,181 | 54,534,972 |