IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MATTHEW DICKSON and JENNIFER DICKSON,**            **PLAINTIFFS**
Individually and on behalf of all others similarly
situated

      v.      No.  5:16-CV-5027 PKH

**GOSPEL FOR ASIA, INC.,**                                              **DEFENDANTS**
**GOSPEL FOR ASIA-INTERNATIONAL,**
**K.P. YOHANNAN, GISELA PUNNOSE,**
**DANIEL PUNNOSE, DAVID CARROLL,**
**and PAT EMERICK**

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDING PENDING ARBITRATION

Pursuant to Local Rule 7.2, defendants Gospel for Asia, Inc., Gospel for Asia-International,[1] K.P. Yohannan, Gisela Punnose, Daniel Punnose, David Carroll, and Pat Emerick ("Defendants") move the Court for leave to file a reply brief in support of their Motion to Compel Arbitration and to Stay Proceeding Pending Arbitration ("Motion to Compel Arbitration").  In support of this motion, Defendants state that:

1.  On April 15, 2016, Defendants filed their Motion to Compel Arbitration and their Brief in Support. [Docs. 23 and 24].

2.  On April 29, 2016, plaintiffs filed an opposition to the motion.  [Doc. 31].

3.  In order to inform the Court fully and to address issues raised in the opposition, Defendants request leave to file a reply brief in support of their motion.

4.  Defendants' reply brief will assist the Court in resolving the motion, will not prejudice plaintiffs, and will not cause undue delay.

---

[1] Gospel for Asia-International does not currently exist.

5. Defendants request that they be granted until and through May 10, 2016, to file a reply brief in support of their motion.

WHEREFORE, Defendants Gospel for Asia, Inc., Gospel for Asia-International, K.P. Yohannan, Gisela Punnose, Daniel Punnose, David Carroll, and Pat Emerick pray that the Court grant this motion and permit them to file a reply brief in support of their motion to Compel Arbitration.

DATED: May 2, 2016.

        SHULTS & BROWN, LLP
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR 72201-3637
        (501) 375-2301

        By:  /s/  Debra K. Brown_____
            Debra K. Brown, Ark. Bar No. 80068
            dbrown@shultslaw.com

            Steven Shults, Ark. Bar No. 78139
            sshults@shultslaw.com

        Harriet E. Miers (*Pro hac vice*)
        hmiers@lockelord.com
        Robert T. Mowrey (*Pro hac vice*)
        rmowrey@lockelord.com
        Paul F. Schuster (*Pro hac vice*)
        pschuster@lockelord.com
        Jason L. Sanders (*Pro hac vice*)
        jsanders@lockelord.com
        LOCKELORD LLP
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201-6776
        (214) 740-8000

        *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I certify that, on May 2, 2016, I electronically filed Defendants' Motion for Leave to File Reply Brief in Support of Their Motion to Compel Arbitration and To Stay Proceeding Pending

Arbitration with the Clerk of the Court, to be served by operation of the Court's electronic filing system on the attorneys of record.

/s/  Debra K. Brown
Debra K. Brown